**No. 10-7461. Jeffrey O. Bright, Petitioner v. Pennsylvania, et al.**

565 U.S. 1010, 132 S. Ct. 544, 181 L. Ed. 2d 390, 2011 U.S. LEXIS 7671.

October 31, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1184, 131 S. Ct. 1007, 178 L. Ed. 2d 837, 2011 U.S. LEXIS 833.